AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| AUSOME DEALS LLC, ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:25-cv-12247-RK-JBD |
| NEEDZO, INC., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NEEDZO, INC.,                                                                                      .

Date:   November 14, 2025

/s/Ryan J. Solfaro
*Attorney's signature*

Ryan Solfaro (NJ # 424562023)
*Printed name and bar number*
1301 Avenue of the Americas, 15th Floor
New York, New York 10019

*Address*

rsolfaro@sgrlaw.com
*E-mail address*

(212) 907-9700
*Telephone number*

646-887-8164
*FAX number*